UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK MASON,

       Plaintiff,

    v.                                                                  Case No. 06-cv-4013-JPG

VILLAGE OF CAMBRIA, an Illinois
municipal corporation,

       Defendant.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court**.  This matter having come before the Court on a motion to dismiss, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Mark Mason's claims against the Village of Cambria, in this case, are **DISMISSED WITH PREJUDICE.**

**DATED: November 28, 2006.**

**NORBERT G. JAWORSKI, CLERK**

**s/Brenda K. Lowe**
**Deputy Clerk**

**APPROVED:  s/ J. Phil Gilbert**
        **J. PHIL GILBERT**
        **U.S. District Judge**